FILED
MAY 05 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY___

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>              Plaintiff,                          )<br>                                                            )<br>     v.                                                  )      2:10-CR-0024-PMP-PAL<br>                                                            )<br>MIKE MOUILSO,                            )<br>                                                            )<br>              Defendant.                     ) | |

### ORDER OF FORFEITURE

This Court found on February 2, 2010, that MIKE MOUILSO shall pay a criminal forfeiture money judgment of $200,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18 United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MIKE MOUILSO a criminal forfeiture money judgment in the amount of $200,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A); Title 18, United

. . .

. . .

. . .

. . .

1  States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United
2  States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).
3      DATED this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

2