UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:10-cr-0024-PMP-PAL |
| v. | ) |
| MICHAEL MOUILSO, | ) |
| Defendant. | ) |

**(PROPOSED) ORDER TO VACATE JUDGMENT DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 2nd day of March at 2:15 p.m. be granted.

DATED this 2nd day of March, 2015.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger Wenthe*
_____
ROGER WENTHE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

MICHAEL MOUILSO,

        Defendant(s).

Case Number: 2:10-cr-000024
Dept. No:
Docket No:

**AFFIDAVIT OF NON-SERVICE**

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

Karie Castle, being first duly sworn, deposes and says; that affiant is and was on the dates when

service was attempted of the within: **MOTION FOR SUPPLEMENTARY PROCEEDINGS**

**(EXAMINATION OF JUDGMENT DEBTOR), ORDER FOR SUPPLEMENTARY**

**PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION,**

a citizen of the United States, over 18 years of age, and not a party to, nor interested in the

within action; that affiant received the above named document(s) and attempted to personally

serve them/have them served upon: **MICHAEL MOUILSO**

subject(s), during the period of January 20, 2015 through February 11, 2015 at his/her last known

address(es) of: 4575 Dean Martin Dr. #2912

in the City of Las Vegas, County of Clark, State of Nevada, without success in locating said

subject(s). Affiant was not able to serve subject(s)/have subject(s) served for the following

reasons:

- 1 -

1  **1-21-15 at 1:30 p.m. – Unit number for the given address is required.**

2  **2-11-15 at 7:35 p.m. – Per male occupant, subject is unknown.**

3  Affiant, on the basis of the previous information, was unable to locate / serve subject(s).

4

5

6

7                                             Karie Castle #R002343
                                              Attorney's Process
8                                             Nevada License No. 429
                                              320 E. Warm Springs Rd., #4A-14
9                                             Las Vegas, NV 89119
                                              (702) 547-9036
10

11  SUBSCRIBED AND SWORN TO BEFORE me

12  this 20th day of February, 2015.

13

14           NOTARY PUBLIC

15                                    SCOTT B. HETRICK
                                Notary Public State of Nevada
16                                    No. 94-1814-1
                                My Appt. Exp. Sept. 9, 2018

17

18

19

20

21

22

23

24

25

26

27

28